IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE | : CHAPTER |
| | : |
| CARRIAGE HOUSE CONDOMINIUMS, L.P., | : |
| | : |
| DEBTOR. | : BANKRUPTCY NO. 09-12647 SR |
| IN RE | : CHAPTER |
| | : |
| 23S23 CONSTRUCTION, INC., | : |
| | : |
| DEBTOR. | : BANKRUPTCY NO. 09-12652 SR |
| | : |
| MORRIS BLACK & SONS, INC., | : |
| | : |
| PLAINTIFF, | : |
| | : |
| v. | : |
| | : |
| 23S23 CONSTRUCTION, INC., | : |
| CARRIAGE HOUSE CONDOMINIUMS, L.P., AND | : |
| TURCHI, INC., | : |
| | : ADVERSARY NO. 09-0111 |
| DEFENDANTS. | : |
| | : |

# ORDER

**AND NOW**, upon consideration of the Defendants' Motion for Partial Judgment on the Pleadings Against Plaintiff Morris Black & Sons, Inc. (the "Motion");[10]

**AND** after a hearing with notice,

**AND** for the reasons set forth in the preceding Opinion, it is hereby:

---

[10] Since Carriage House Condominiums, L.P. is no longer a defendant in this adversary proceeding and there is no indication whatsoever in the record that the Chapter 7 Trustee for defendant, 23S23 Construction, Inc., authorized Daniel J. Dugan, Esquire to file the Motion on its behalf, the Motion was filed solely on behalf of non-debtor defendant, Turchi, Inc.

**ORDERED** that this adversary proceeding is remanded to the Court of Common Pleas of Lehigh County, Pennsylvania, where it was originally filed.

BY THE COURT:

_____
STEPHEN RASLAVICH
CHIEF, UNITED STATES BANKRUPTCY JUDGE

DATED: June 22, 2011